IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: CR 06 134S |
| | ) | |
| v. | ) | In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and (b)(1)(C) |
| | ) | |
| RONALD HILL | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 11, 2006, in the District of Rhode Island, the defendant, RONALD HILL, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT II

On or about September 18, 2006, in the District of Rhode Island, the defendant, RONALD HILL, did knowingly and intentionally distribute five grams or more of a mixture and substance containing

a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 11-15-06