ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN - U.S. DISTRICT COURT

DEFENDANT RONALD HILL

Count I: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; 3 years supervised release; $100 mandatory special assessment.

Count II: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) - Knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; 4 years supervised release up to life; $100 mandatory special assessment.