UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

Now comes the defendant in the above entitled matter and moves that all the deadlines in this case be extended thirty days and that the trial date be vacated. The defense is authorized to state that the Government does not object to this motion. In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been no previous delay related to the subject matter of this motion, which is excludable

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 12th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

The defendant has moved to extend all deadlines thirty days and to vacate the trial assignment date in this case. The defendant in this case faces a potentially very long sentence. The very significant consequences of the outcome and disposition of this case justify an extension of time to allow the defendant adequate time to make informed decisions in this case.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 12th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net