UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Now comes the defendant in the above entitled matter and moves that the time set forth in the arraignment and pretrial discovery order to file pretrial motions be extended from December 18, 2006, to and through January 17, 2007. The defendant has previously filed a motion to vacate the trial assignment date, which motion was granted. This motion is consistent with the prior motion and would serve two purposes. If a determination is made not to litigate this case, the time and effort of pretrial motions would be avoided and the defendant would still be able to make a timely plea, facilitating the maximum benefit from such a plea. If this case does have to be litigated, the defense requires the additional time.

The defense is authorized to state that the Government does not object to this motion.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been no previous delay related to the subject matter of this motion, which is excludable, but there has been previous delay related to the motion to vacate the trial assignment date, which motion was granted.

RONALD HILL
By his Attorney,

/s/Robert B. Mann

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 14th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann

Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net