UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MOTION TO CONTINUE SENTENCING

Now comes the defendant in the above entitled matter and moves that the sentencing in this matter be continued until after the decisions of the United States Supreme Court in Rita v. United States, 127 S. Ct. 551 (U.S. 2006) and Claiborne v. United States, 127 S. Ct. 551 (U.S. 2006). In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe that the provisions of 18 U.S.C. §3161(h) apply to this motion.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 19th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO CONTINUE SENTENCING

The defendant has moved to continue the sentencing in this case. There are presently two cases pending before the United States Supreme Court which address significant issues regarding sentencing and the United States Sentencing Guidelines. In Rita v. United States, the Court granted certiorari on the following questions:

> "1) Was the district court's choice of within-Guidelines sentence reasonable? 2) In making that determination, is it consistent with United States v. Booker, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005), to accord a presumption of reasonableness to within-Guidelines sentences? 3) If so, can that presumption justify a sentence imposed without an explicit analysis by the district court of the 18 U.S.C. § 3553(a) factors and any other factors that might justify a lesser sentence?"

Rita v. United States, 127 S. Ct. 551 (U.S. 2006).

In Claiborne v. United States, the Court granted certiorari on the following questions:

> "1) Was the district court's choice of below-Guidelines sentence reasonable? 2) In making that determination, is it consistent with United States v. Booker, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005), to require that a sentence which constitutes a substantial variance from the Guidelines be justified by extraordinary circumstances?"

Claiborne v. United States, 127 S. Ct. 551 (U.S. 2006). Both the above cases were argued on February 20, 2007.

Given the significance of the issues raised in these cases, the defense asks that the sentencing in this matter be continued until after the decisions of the United States Supreme Court in these cases.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 19th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net