UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MOTION TO EXTEND TIME TO FILE
OBJECTIONS AND RESPOND TO THE PRESENTENCE REPORT

Now comes the defendant in the above entitled matter and moves that the period of time in which he may respond and file objections to the presentence report be extended to thirty days after the decisions of the United States Supreme Court in Rita v. United States, 127 S. Ct. 551 (U.S. 2006) and Claiborne v. United States, 127 S. Ct. 551 (U.S. 2006). In support of said motion, the defense submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe that the provisions of 18 U.S.C. §3161(h) apply to this motion.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 23rd day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MEMORANDUM OF LAW IN SUPPORT OF MOTION TOEXTEND TIME TO RESPOND AND FILE OBJECTIONS TO THE PRESENTENCE REPORT

The defendant has previously moved to continue the sentencing in this case. This Court granted that request. This motion is consistent with the previous motion to continue the sentencing. It simply seeks permission to extend the time to respond and file objections to the Presentence Report for a reasonable period after the two pending decisions of the United States Supreme Court which were the basis for the motion to continue the sentencing in this case.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 23rd day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net