IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
v. : CR-06-134S
RONALD HILL :

GOVERNMENT'S SENTENCING MEMORANDUM

Pursuant to the plea agreement which obligates the government to recommend a sentence at the lowest point within the guideline range, the government recommends a sentence of 188 months imprisonment. In this case, a guideline sentence is appropriate given the nature of the offense, the defendant's extensive criminal history, and the need to promote respect for the law, protect the public, and deter criminal misconduct. The defendant also agrees that a sentence within the guideline range is reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

The defendant has a criminal history involving five felony drug convictions, two of which were for trafficking, and numerous convictions for domestic assault. He has been subject to numerous violation hearings because of his inability to abide by conditions of probation or refrain from engaging in additional criminal behavior. Given his recidivism, in particular his repeated drug dealing, and the danger he poses to other

individuals in light of his multiple assault convictions, the guideline range is reasonable. Considering all of this, as well as the defendant's timely acceptance of responsibility and his willingness to waive his right to appeal, the government recommends a sentence of 188 months imprisonment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On August 17, 2007, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Robert B. Mann
1 Turks Head Building, Suite 610
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj