UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MOTION TO SUPPLEMENT
DEFENDANT'S SENTENCING MEMORANDUM

Now comes the defendant and moves to supplement his previously filed sentencing memorandum with the following paragraph which the defendant asks the Court to consider:

> One of the very significant facts in this case is that the substance that is the basis of the charges against the defendant is crack cocaine, not cocaine powder. The defendant is aware that there are various proposals in Congress to change the laws with respect to crack cocaine. The defendant specifically requests that if such statutory changes are enacted, said changes be made applicable to him.

In support of this motion the defendant submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The Speedy Trial Act does not appear to be implicated by this motion.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 25th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | ) | |

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SUPPLEMENT DEFENDANT'S SENTENCING MEMORANDUM

The defendant filed a sentencing memorandum. No prejudice with be suffered by the Government by allowing the consideration of the additional proposed paragraph.

RONALD HILL
By his Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 25th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net