UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-134S |
| | ) | |
| RONALD HILL | | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant Ronald Hill, a/k/a Ron Hill, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence imposed in this action on September 28, 2007, and entered in this matter on October 3, 2007.

RONALD HILL
By his Attorney,

Robert B. Mann

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this ~~9th~~ 10th day of October, 2007, I did send a true copy of the within document ~~by electronic means (ECF)~~ to:

Sandra Beckner, AUSA

/s/Robert B. Mann Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net